# *MOBRO Marine, Inc.*

P O Box 986 – GREEN COVE SPRINGS, FLORIDA 32043

## VESSEL BAREBOAT CHARTER CONTRACT

THIS CHARTER PARTY entered into between MOBRO MARINE INC. (hereinafter sometimes referred to as "Owner") and **SHORELINE FOUNDATION, INC.**, (hereinafter sometimes referred to as "Charterer") this **26th** day of **JANUARY, 2026.**

WITNESSETH:

1) Owner hereby charters to Charterer Owner's steel **INLAND SPUD BARGE** vessel known as **"MB 149"**; Official Number: **1262979**; Dimensions: **120' X 45' X 7'; with (2) – Spuds & Mats,** with an **AMERICAN 9270 CRAWLER CRANE;** Serial Number: **GS16390, with Boom, Block and Ball**

2) The vessel shall be delivered to **JACKSONVILLE, FL** and the charter shall commence on the **TBD** day of **FEBRUARY, 2026**, and shall continue for a period of **MONTH TO MONTH**. On termination, the vessel shall be delivered to Owner in like good order and condition as when received, ordinary wear and tear expected, at Green Cove Springs, Florida and the charter hire shall continue until such delivery.

3) The Owner shall relinquish possession, command, and navigation to the Charterer upon delivery of the vessel.

4) Charterer has inspected the vessel and found it to be in first class condition and in every respect seaworthy and acceptance of the vessel to Charterer shall constitute full performance by and compliance with all obligations and warranties of Owner (except as to insurances hereinafter provided).

5) The charter hire shall be **$27,000.00 PER MONTH PLUS TAXES**, payable as follows: **NET 30.**
In the event of default of punctual payment of charter hire Owner may, at its option, terminate the Charter Party, and withdraw the vessel immediately from the service of the Charterer.

6) The value of this vessel is agreed to be **$1,225,000.00 ($575,000.00 – barge; $650,000.00 – crane)**, and Charterer hereby agrees to be responsible for any loss or damage to the vessel during the term of this charter to the full value as stated. Charterer does hereby indemnify and hold harmless Owner against any liens of whatsoever nature upon said vessel arising directly or indirectly out of the use or operation of the said vessel by Charterer except liens arising from matters covered by insurance outlined in paragraphs thirteen (13) and fourteen (14) hereof. Charterer does hereby indemnify and hold harmless Owner against any and all claims for bodily injury and property damage of whatsoever nature. Should any damage or loss occur, Charterer agrees to pay charter hire on the said vessel until it is repaired and returned to Owner in like good order as when received, ordinary wear and tear expected, provided that in the case of total loss, charter hire shall cease from the date the said vessel is determined to be a total loss.

7) Condition of Equipment and Acceptance by Charterer: Charterer shall inspect the equipment immediately upon delivery to the location set forth above. Unless Charterer notifies Owner, in writing within 48 hours after delivery, that the equipment is not in good, safe, and serviceable condition, and fit for use, it shall be conclusively presumed that Charterer has accepted the equipment and waived any claim as to its condition and fitness for Charterer's use. If Charterer does give the required notice, Owner shall have the option of replacing the equipment or putting it in good, safe, and serviceable condition within 72 hours. In said event rent shall abated for the time required to replace or repair the equipment. If Owner decides to replace the equipment, the cost of transportation of the defective equipment back to the Owner and the cost of the transportation of the new equipment to the location listed above shall be paid by the Owner. If Owner is unable to replace or repair the equipment within 72 hours either party may terminate the lease and Owner shall be responsible, at its own cost, for returning the equipment to its yard. Other than the abatement of rent for the time it takes for Owner to repair or replace the equipment, Charterer shall have no right to seek compensation for any loss or damage it incurs as a result of the need for the equipment to be replaced or repaired upon delivery, or if Owner is unable, for any reason, to replace or repair the equipment. Charterer shall be entitled to return of any security or advance rent it paid to Owner if the lease is terminated for Owner's failure to replace or repair the equipment within the time provided herein.

8) NO WARRANTY FROM OWNER:

OWNER GIVES NO WARRANTY WHATSOEVER AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NO WARRANTY IS GIVEN BY THE OWNER FOR PATENT OR LATENT DEFECTS IN MATERIAL, WORKMANSHIP, CAPACITY, OR DESIGN OF THE EQUIPMENT. CHARTERER AGREES TO LOOK SOLELY TO THE MANUFACTURER OF THE EQUIPMENT FOR ANY CLAIM, INJURY, OR DAMAGE TO BUSINESS, PERSON, OR PROPERTY, ARISING FROM THE DESIGN, MANUFACTURE, USE, OR CONDITION OF THE EQUIPMENT. CHARTERER FURTHER AGREES TO INDEMNIFY AND HOLD HARMLESS THE OWNER FROM ANY SUCH CLAIM BROUGHT BY CHARTERER'S EMPLOYEES OR AGENTS, OR ANY OTHER PERSON MAKING A CLAIM ARISING OUT OF THE USE OF THE EQUIPMENT DURING THE TERM OF THIS LEASE.

SUBJECT TO THE PARAGRAPH ABOVE "CONDITION OF EQUIPMENT AND ACCEPTANCE BY CHARTERER", ONCE CHARTERER HAS ACCEPTED THE EQUIPMENT ACCORDING TO THE TERMS OF THIS LEASE IT IS DEEMED ACCEPTED "AS IS WITH ALL FAULTS."

9) Repairs & Maintenance: Charterer agrees to keep the equipment in good repair and operating condition (including lubrication) at its sole cost and expense. If Owner inspects the equipment and determines, in its sole discretion, that Charterer has failed to properly maintain and repair the equipment, it shall give Charterer written notice of the repairs or maintenance required and Charterer shall have 72 hours (or longer if deemed necessary by Owner) to perform the required repair or maintenance. If Charterer fails to perform the repair or maintenance set forth by Owner in its notice within the time provided, Charterer shall be considered in default under the terms of the lease.

All repairs performed by Charterer shall conform to manufacturer's specifications ***and all replacement parts installed shall be original equipment manufacture (OEM).*** Charterer shall be responsible for the cost of returning equipment to manufacturer's specifications at the termination of the lease. If the leased equipment is a crane, **Charterer shall not make any modification to the crane or the boom without Owner's written consent, which may be withheld in Owner's sole discretion.**

10) Repairs or Maintenance by Owner: If Charterer requests Owner, or Owner is required, as a result of Charterer, to perform repairs or maintenance during the term of this lease, Owner will invoice Charterer for parts and labor, including overtime, at Owner's customary rates for non-leased equipment. All invoices for repairs or maintenance shall be considered additional rent due hereunder, subject to the penalties for late payment. Failure of Charterer to pay any invoice for repairs, maintenance, or parts, when due, shall be considered a default under the terms of this lease. Notwithstanding anything to the contrary in this agreement, in the event that the equipment breaks down due to mechanical failure that is not attributable to the actions or inactions of the Charterer, then charter payments shall be suspended until such time that the equipment is put back in operable condition by the Owner. If Owner is able to repair the issue within 48 hours of being notified, then the rental and payments will not be suspended.

11) Environmental Indemnity: Charterer shall protect, defend and indemnify Owner and Vessel with respect to any and all liabilities relating to water, land, air or other environmental pollution, including but not limited to cleanup costs and statutory penalties arising from any law or regulation be it Federal, State or local, or any liability asserted under common, civil or general maritime law. Charterer shall insure theses liabilities to the fullest extent possible, and such insurance shall name Owner and the Vessel as co-assured with waiver of subrogation in favor of Owner and the Vessel. Charterer shall provide owner with proof of WQIS Coverage or equivalent vessel pollution insurance in the amount of $5,000,000.00 prior to charter hire. Under no condition will Charterer use or employ this barge/equipment to convey, carry or transport "Petroleum Products" or Hazardous Materials. Charterer will ensure that barges used to transport equipment using oils, greases and gasoline, will have available a clearly marked and U.S.C.G. approved spill response kit on board.

12) Ballast Water Regulations: Barges will not be ballasted without first obtaining written approval of the Owner. If the barge is ballasted, only potable water will be used. At the end of the charter, all ballasted tanks will be cleaned, dried and free from any trace water. Charterers will comply with the EPA Vessel General Permit requirements in addition to record keeping, inspections and training. A copy of all record keeping will be provided to the Owner. If a Coast Guard Investigation or Audit occurs, the Coast Guard will hold the Charterer responsible and Charterer will be subject to and responsible for any and all adverse actions that may be taken .

13) Hull Insurance: It is understood and agreed that MOBRO MARINE, INC. shall be named as an additional assured with a certificate of insurance indicating Hull Insurance to the above agreed value.

14) P & I Insurance: It is understood and agreed the Charterer shall obtain a minimum of $1,000,000.00 P & I insurance, which shall name MOBRO MARINE, INC. as additional assured.

15) Charterer shall not have authority to permit or incur a lien against the vessel and Charterer shall not suffer nor permit to be continued any lien against the vessel.

16) Charterer shall be permitted to assign this charter or sub-charter the said vessel with permission of Owner; provided, however, that any such assignment or sub-charter shall be subject to the terms of this agreement and Charterer shall remain primarily liable and responsible for the obligations herein undertaken.

17) Nothing in this contract shall be construed to deprive Owner of, or to limit Owner's right to, any statutory protection or limitation of liability, which would otherwise be applicable.

18) In the event of collection hereunder, Charterer agrees to pay all costs of collections including reasonable attorney fees.

19) OTHER:

**1. ON-HIRE SURVEY: $1,550.00**
**2. OFF-HIRE SURVEY: $1,550.00**
**3. TOW IN: $12,000.00**
**4. TOW OUT: $12,000.00**

This contract shall become effective upon signing or upon acceptance of the Vessel by Charterer and shall continue in effect during the time of all extensions and/or until said vessel is redelivered to Owner as hereinabove provided. The vessel here chartered is not to be used in transporting regulated commodities in interstate commerce.

**MOBRO MARINE, INC.**
**Owner**

By: [signature] Vice President (Title)

Print Name: Stephen T. Canella

Date: 1/26/26

**SHORELINE FOUNDATION, INC.**
**Charterer**

By: [signature] (Title)

Print Name: John McGee

Date: 1/26/2026

Client#: 25..9 S..JREFOU

ACORD™ 

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 2/03/2026

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer any rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
USI Insurance Services, LLC
3850 N. Causeway Blvd., Suite 1200
Metairie, LA 70002

CONTACT NAME: Katie Lambert
PHONE (A/C, No, Ext): 504-355-5059 FAX (A/C, No): 610-537-4152
E-MAIL ADDRESS: katie.lambert@usi.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Samsung Fire & Marine Ins Co Ltd (US) | 38300 |
| INSURER B : Ascot Insurance Company | 23752 |
| INSURER C : Starr Indemnity and Liability Company | 38318 |
| INSURER D : Ironshore Specialty Insurance Co | 25445 |
| INSURER E : Homeland Insurance Company of New York | 34452 |
| INSURER F : Aspen American Insurance Company | 43460 |

**INSURED**
Shoreline Foundation Inc.
2781 SW 56th Ave
Pembroke Park, FL 33023-4166

**COVERAGES** CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | X | X | SMCZ17052CAA | 12/22/2025 | 12/22/2026 | EACH OCCURRENCE | $1,000,000 |
| | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | X Marine GL | | | | | | MED EXP (Any one person) | $5,000 |
| | X Hull/P&I | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | POLICY [X] PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| | OTHER: | | | | | | | $ |
| C | AUTOMOBILE LIABILITY | X | X | 1000673024251 | 10/01/2025 | 10/01/2026 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY; SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY; X NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | X UMBRELLA LIAB [X] OCCUR | X | X | MAXS251000379503 | 12/22/2025 | 12/22/2026 | EACH OCCURRENCE | $10,000,000 |
| B | X EXCESS LIAB CLAIMS-MADE | | | MAXS251000379603 | 12/22/2025 | 12/22/2026 | AGGREGATE | $10,000,000 |
| | DED RETENTION $ | | | | | | | $ |
| C | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | X | 1000005531 | 10/01/2025 | 10/01/2026 | X PER STATUTE OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N | N/A | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | (Mandatory in NH) | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| D | Professional Liab | | | DCP7NACFWHZ005 | 01/11/2026 | 01/11/2027 | $1,000,000 Ea Claim/Agg | |
| E | Contractors Poll | X | X | 7930126090002 | 12/22/2025 | 12/22/2026 | $5,000,000 Each Occ | |
| F | Vessel Pollution | X | X | 6027101 | 12/22/2025 | 12/22/2026 | $5,000,000 OPA/CERCLA | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

(See Attached Descriptions)

**CERTIFICATE HOLDER**

MOBRO Marine, Inc.
PO Box 986
Green Cove Springs, FL 32043

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

© 1988-2015 ACORD CORPORATION. All rights reserved.


The ACORD name and logo are registered marks of ACORD
KXLHM

# DESCRIPTIONS (Continued from Page 1)

MARINE GENERAL LIABILITY (Included in Marine Package):
34% Samsung Fire & Marine Insurance Co., Ltd / Canopius Ins Services - Lead
33% Ascot Insurance Company
33% Mitsui Sumitomo Insurance USA, Inc.
Policy Term: 12/22/2025 - 12/22/2026
Additional Assured/Loss Payee/Waiver of Subrogation (BLANKET)
Primary and Non-Contributory Wording
Additional Insured State or Governmental Agency or Sub Division Endorsement
In Rem Coverage
Notice of Cancellation - 30 Days
Wharfingers Legal Liability
MEL Endorsement
Cross Liability Included
XCU Endorsement (No XCU Exclusion)
Per Project General Aggregate Limit - Total Project General "Aggregate Limit": $1,000,000

HULL / PROTECTION & INDEMNITY / CREW (Included in Marine Package):
34% Samsung Fire & Marine Insurance Co., Ltd / Canopius Ins Services - Lead
33% Ascot Insurance Company
33% Mitsui Sumitomo Insurance USA, Inc.
Policy Term: 12/22/2025 - 12/22/2026
Protection & Indemnity Limit: $1,000,000 Per Occurrence / Deductible: $10,000 Per Occurrence
Additional Assured/Loss Payee/Waiver of Subrogation (BLANKET)
In Rem Coverage
American Institute Hull Clauses (June 2nd, 1977)
S.R. & C. C. Endorsement
SP-38 P&I Form
Protection & Indemnity Excess Collision & Towers Liability
A.I. Pollution Exclusion Clause (P&I) and Buy Back Endorsement A
Crew Warranty: 5

Navigation Warranty: Warranted confined to the inland and coastwise waters of the United States, including the Bahamas. Coverage outside these waters held covered provided notice is given to underwriters as soon as practical and any additional premium/terms TBA, will be advised.

VESSEL POLLUTION:
Water Quality Insurance Syndicate on behalf of Subscribing Carriers (Including Aspen American Insurance Co)
$5,000,000 OPA/CERCLA Limit
Additional Assured / Waiver of Subrogation / Primary Insurance and Non-Contributory (Blanket) Endorsement

AUTOMOBILE LIABILITY:
Blanket Additional Insured - SICA 1024 06 20
Blanket Waiver of Subrogation - SICA 1020 09 19
Blanket Primary Non-Contributory - CA 04 49 11 16
Notice of Cancellation - SICA 1028 09 19

WORKERS' COMPENSATION:
Blanket Waiver of Subrogation - WC000313 (4/84)
USL&H Workers Compensation Act Coverage Endorsement - WC000106A
Florida Maritime Coverage Endorsement - WC090201 (1/15)
Notice of Cancellation - WC990605FL (4/13)

1st LAYER EXCESS LIABILITY:
34% Ascot Insurance Company - Lead
33% Samsung Fire & Marine Insurance Co., Ltd / Canopius Ins Services
33% Mitsui Sumitomo Insurance USA, Inc.
Policy Term: 12/22/2025 - 12/22/2026
$5,000,000 Per Occurrence and in the Aggregate (where applicable) Excess of Primary Underlying policies

## DESCRIPTIONS (Continued from Page 1)

$25,000 Self-Insured Retention
Ascot Marine Bumbershoot Policy
Additional Insured(s) & Waiver of Subrogation (Blanket) Endorsement
Underlying policies: Auto Liability, Employers Liability, Marine General Liability, Protection & Indemnity (Crew), Vessel Pollution Liability

2nd LAYER EXCESS LIABILITY:
34% Ascot Insurance Company - Lead
33% Samsung Fire & Marine Insurance Co., Ltd / Canopius Ins Services
33% Mitsui Sumitomo Insurance USA, Inc.
Policy Term: 12/22/2025 - 12/22/2026
$5,000,000 Per Occurrence and in the Aggregate (where applicable) Excess of $5,000,000 Excess of Primary Underlying policies
American Institute FOLLOWING FORM EXCESS LIABILITIES CLAUSE
Additional Insured(s) & Waiver of Subrogation (Blanket) Endorsement
Underlying policies: Employers Liability, Marine General Liability, Protection & Indemnity (Crew), Vessel Pollution Liability, $5M Excess Liability
TOTAL EXCESS LIMIT: $10,000,000

PROFESSIONAL LIABILITY:
$1,000,000 Each Claim Limit
$1,000,000 Aggregate Limit
$100,000 Retention Each Claim
DCPL-POL-10001 (0321) Designers and Contractors Professional Liability Insurance Policy

CONTRACTORS ENVIRONMENTAL POLLUTION LIABILITY:
Policy Aggregate: $5,000,000
Contractors Pollution Liability: $5,000,000 Each Pollution Condition / $10,000 Deductible
Transportation Pollution Liability: $5,000,000 Each Pollution Condition / $10,000 Deductible
Non-Owned Disposal Site Liability (Claims-Made): $5,000,000 Each Pollution Condition / $10,000 Deductible
ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION - FORM III (Blanket)
ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS (Blanket)
WAIVER TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (Blanket)
PRIMARY AND NONCONTRIBUTORY - OTHER INSURANCE CONDITION

INLAND MARINE:
40% with Canopius US Insurance, Inc.
40% with Specialty Builders Insurance Company
20% with Beazley Furlonge Ltd 2623/623
Policy Term: 12/22/2025 - 12/22/2026
$2,000,000 Equipment Leased or Rented From others Limit
No boom/jib/overload exclusions
Blanket Loss Payee (IM 7854)

Subject to all of the terms, conditions, exclusions, and definitions of the above referenced policies as issued by the carrier(s).

MB 149
Steel Inland Spud Barge
Built: 2015
GRT: 317
Official Number: 1262979
Dimensions: 120 x 45 x 7
Includes: 2 Spuds and Mats
Hull Value: $575,000

AMERICAN 9270 CRAWLER CRANE
Serial Number: GS16390

## DESCRIPTIONS (Continued from Page 1)

**With Boom, Block and Ball**
**Value: $650,000**

**MOBRO Marine, Inc. is included as Additional Insured and Loss Payee as respects the equipment described herein.**