**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN THE MATTER OF:

THE PETITION OF MOBRO MARINE, INC., as Owner of the Steel Inland Spud Barge MB 149 (Official No. 1262979), her engines, spuds, mats, tackle, apparel, equipment, and appurtenances, for Exoneration from or Limitation of Liability,

Petitioner.
_____________________________________/

Case No.:

**IN ADMIRALTY**

# AFFIDAVIT OF VALUE

STATE OF FLORIDA

COUNTY OF DUVAL

BEFORE ME, the undersigned authority, personally appeared ADAM M. HAMMER, who, being first duly sworn, deposes and states as follows:

1. My name is Adam M. Hammer. I am over the age of eighteen years, I am competent to make this affidavit, and the matters stated herein are true and correct and based upon my own personal knowledge, my inspection of the vessel described below, and my professional training and experience.

2. I am the President of Able-Bodied Marine Inc., a marine surveying firm with its offices at 2215 3rd Street South, Suite 201, Jacksonville Beach, Florida 32250. I am an Accredited Marine Surveyor (AMS No. 912) of the Society of Accredited Marine Surveyors (SAMS). I have substantial experience in the survey

and valuation of commercial vessels, including inland barges and marine construction equipment operating in the waters of Florida.

3. At the request of MOBRO Marine, Inc. ("MOBRO" or "Petitioner"), I performed a condition and valuation survey of the Barge MB 149, Official Number 1262979 (the "Vessel"), a steel inland/spud barge measuring 120 feet in length, 45 feet in breadth, and 7 feet in depth, of 317 gross tons, built in 2015 by Newcastle Shipbuilding of Palatka, Florida, and homeported in Jacksonville, Florida.

4. My inspection of the Vessel commenced on July 16, 2026, with the Vessel lying afloat, and was completed on July 22, 2026, with the Vessel lying out of the water on dry dock, both at MOBRO's facility in Green Cove Springs, Florida. In the course of the survey, all manhole covers were opened and internal and external inspections were conducted of all watertight compartments of the Vessel, together with an examination of the Vessel's deck, shell plating, internal framing, spuds, spud wells, and deck fittings and appurtenances.

5. The results of my survey are set forth in Able-Bodied Marine Inc. Report No. ABM 0703-0307-26, dated September 1, 2026, a true and correct copy of which is attached hereto as Exhibit A and incorporated herein by reference (the "Survey Report").

6. Based upon my inspection, the Vessel was found to be in overall good and serviceable condition. The Vessel was dry docked in July 2026.

7. In arriving at the fair market value of the Vessel, I employed the cost approach, which I determined to be the most reliable methodology due to the lack

of comparable sales and transparency in the sale and purchase of similar vessels. The cost approach is based upon the replacement cost new of the Vessel, depreciated by the age-to-life method, taking into account the Vessel's effective age and condition, improvements, current steel prices, recent dry docking, and the deck gear and accessories included with the Vessel. My analysis was cross-checked against a market approach using recent sales of comparable spud barges, as detailed in the Survey Report.

8. Based upon the foregoing, it is my professional opinion that the fair market value of the Barge MB 149, as of the date of my survey, is SIX HUNDRED SIX THOUSAND NINETY-SIX AND 04/100 DOLLARS ($606,096.04). The Vessel's replacement value is $965,080.00.

9. The foregoing valuation reflects the value of the Vessel in her condition as surveyed at the time of the incident and at the conclusion of the voyage or charter service at issue, and is offered in support of the Verified Petition of MOBRO Marine, Inc. for Exoneration from or Limitation of Liability and the Ad Interim Stipulation for Value and Costs filed herein.

FURTHER AFFIANT SAYETH NAUGHT.

Adam M. H

ADAM M. HAMMER
President, Able-Bodied Marine Inc.
AMS No. 912, Society of Accredited
Marine Surveyors

STATE OF FLORIDA
COUNTY OF Duval

Sworn to and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 3rd day of September, 2026, by ADAM M. HAMMER, who is ☑ personally known to me or ☐ has produced ____________________________ as identification.

Darlena J. Chaney
Notary Public, State of Florida
Print Name: Darlena J. Chaney
My Commission Expires: June 15, 2027

DARLENA J CHANEY
NOTARY PUBLIC
STATE OF FLORIDA
NO. HH 375147
MY COMMISSION EXPIRES JUN. 15, 2027

**ABLE-BODIED MARINE INC.**
**2215 3rd St South, Suite 201, Jacksonville Beach, FL 32250**
**Phone: 904.241.2900** Web: www.ablebodiedmarine.com

# ABM 0703-0307-26
# CONDITION AND VALUATION SURVEY




# MB 149
# 120’ x 45’ x 7’
# Inland/spud barge

# REPORT OF SURVEY

This is to certify that the undersigned Marine Surveyors did, at the request of Mr. Daniel Widergren, of MOBRO Marine Inc., 606 ST RD 16 East Green Cove Springs, FL 32043 and on their behalf, attended their vessel the ***MB 149*** an inland/spud barge to perform a **CONDITION AND VALUATION SURVEY.** Inspection commenced on Thursday July 16th, 2026 as the *MB 149* lay afloat and was completed on Wednesday July 22, 2026 as the barge lay out of the water on dry dock; both inspections took place at Mobro Marine's facility in Green Cove Springs, FL.

# CONDITION AND VALUATION SURVEY

**PURPOSE OF SURVEY:**

This report is a condition and valuation survey; it informs the recipient of the current condition observed by the surveyor at the time of attendance and documents the type and construction of the vessel. This survey will also determine the current fair market value (FMV) by either the cost or market approach and the vessels replacement value. Any and all observations as documented herein are solely arrived at from physical and superficial examination of the subject vessel. Internal observations may be severely impeded by virtue of coatings, water, overheads, and/or paneling and joinery.

**Mobro Marine Inc. commissions this report for the above stated purpose, use of this report outside of the above stated purpose is prohibited without express consent of the undersigned surveyor.**

**BARGE PARTICULARS:**

| | |
|---|---|
| NAME/NUMBER: | MB 149 |
| OFFICIAL NUMBER | 1262979 |
| USCG COI | |
| ABS ID# | |
| ABS ANNUAL INSPECTION | |
| ABS LOADLINE EXPIRATION | |
| LOA | 120ft |
| REGISTERED LENGTH | 120ft |
| BREADTH | 45ft |
| DEPTH | 7ft |
| DEADWEIGHT | |
| LIGHTSHIP | 419,600lbs |
| HULL# | 1018 |
| GROSS TONS | 317 |
| NET TONS | 317 |
| HOMEPORT | Jacksonville, FL |
| YEAR BUILT | 2015 |
| BUILDER | Newcastle Shipbuilding, Palatka, FL |
| LAST DRY DOCK | July 22 2026 |

**FAIR MARKET VALUE (FMV)..........................................................................$606,096.04**

**REPLACEMENT VALUE...........................................................................................$965,080.00**

**Fair market value is an opinion, expressed in terms of money, at which a property would change hands between a willing buyer and a willing seller, neither under any compulsion to buy or sell, and both having reasonable knowledge of relevant facts, as of a specific date. Fair market value of the vessel was arrived by the cost approach do to the lack of comparables and transparency in the sale and purchase of similar vessels to use the market approach. Cost approach is determined by calculating the depreciation of the vessel based on the age to life method taking into account the effective life due to current condition, improvements, modernizations, current steel prices, compliance with federal regulations, recent dry docking and deck gear and accessories included. The market approach is determined by a comparison current listed prices and/or sold values of similar size, bhp, and employed vessels.**

**COST APPROACH**

| | | | | |
|---|---|---|---|---|
| Vessel: | **MB 149** | | | |
| Year Built/Make: | 2015 | Inland spud barge | | |
| Dimensions: | 120ft x 45ft x 7ft | | | |
| Lightship weight | 419,600lbs | | | |
| Replacement Cost New: | $965,080.00 | New Build $2.3/lb new build cost / NOT ABS | | |
| Actual Age: | 11 years | | | |
| Effective Age: | 11 years | | | |
| Total Economic Life: | 35 years | (functional life expectancy of the vessel in yrs) | | |
| Terminal Value: | $37,135 | Value of asset at the end of its economic life. Based on scrap value of $177/ton and the vessels weight of 209.8 Short tons | | |
| Cost approach Value: | $673,440.04 | $26,512.71 per year total multiplied by the # of years left of the vessels economic life based on the effective age due to steel work, maintenance, and dry docking. **Last Dry dock July 22, 2026** | | |
| 10% for deferred internal steel repairs / paint | **-67,344.00** | | | |
| **Current Fair Market Value (cost approach):** | **$606,096.04** | | | |

| NOTES | |
|---|---|
| EFFECTIVE AGE | The effective age is based on the condition of the vessel at the time of the survey, which may be more or less than the actual age. The age is evident by the condition and utility of the vessel. |
| DEFICIENCY FACTOR / COST TO CURE | Obtained from surveyors inspection and findings and is based on the deferred maintenance and functional obsolescence of equipment and surveyors opinion of current condition of the vessel (1 being new and 0 being ready for complete refit) |
| REPLACEMENT COST | This was determined by a similar size barge outfitted with similar equipment. |

**MARKET APPROACH**

| | Comparables: | | | | | | |
|---|---|---|---|---|---|---|---|
| Hull# | Yr Built | Class | dimensions | Lightship wt | Yr Sold | Cost per lb | Sales Price |
| 186 | 2025 | ABS | CDB1 150'x60'x8' ABS spud barge / | 368.4 LTs | Nov 2025 | $2.36/lb | $1,950,000 |
| 195 | 2026 | ABS | MB 2011 180'x54'x12' ABS spud barge | 420.08 LTs | 2026 | $2.27/lb | $2,136,500 |
| | | | | | | | |
| | | | | | | | |

| MARKET APPROACH NOTES: | |
|---|---|
| 1. | Adjusted Price-<br>Adj Price =(Asking Price) + or – ((Age difference in years) x (Per year depreciation rate)) |
| 2. | $150,000 deducted from hull 186 / CDB1 for ABS fees for engineering review and attendance of the barge |
| 3. | $148,000 deducted from hull 195 / MB 2011 for ABS fees for engineering review and attendance of the barge |
| 4. | $2.3/lb was used for replacement cost based on MB 149 light ship weight of 419,600lbs due to NON ABS inland spud barge; reduced welding requirements on stiffeners / NO ABS surveyor attendance |
| 5. | Hull 186 / CDB1 sold for a slight premium due to the contractor needing that sized barge for a new construction job and the CDB1 was completed and ready to go to work. NO waiting for it to be built. |

# FINDINGS & RECOMMENDATIONS:

1. Renew any upset or disturbed internal coatings
2. Reweld any broken welds between longitudinal stiffeners and framing / recoat

**CONCLUSION:**

*The barge is in overall Good / Serviceable condition. The barge was dry docked in 2026.*

***Acceptance and use of this report by the client acknowledges the client's understanding that the report has been composed of information that is believed to be true after reasonable investigation and inquiry but is not warranted to be so. The information was obtained without drilling, diving, ultrasonics, cleaning or opening up to expose parts or conditions ordinarily concealed. There were no tests for tightness or soundness conducted other than the conditions noted visually.***

***Acceptance and use of this report acknowledges the client's understanding that no determination of stability or structural strength has been made and no opinion is expressed.***

***Acceptance and use of this report acknowledges the client's understanding that Able-Bodied Marine, Inc. does not accept any responsibility for damage or deterioration not found or discovered during the course of survey, nor for consequential damage, deterioration or loss due to any error or omission.***

***The Client hereby undertakes to keep the Surveyor/Consultant and its employees, agents and subcontractors indemnified and to hold them harmless against all actions, proceedings, claims, demands or liabilities whatsoever or howsoever arising which may be brought against them or incurred or suffered by them, and against and in respect of all costs, loss, damages and expenses (including legal costs and expenses on a full indemnity basis) which the Surveyor/Consultant may suffer or incur (either directly or indirectly) in the course of the services under these Conditions.***

***Notwithstanding the above clause, in the event that the Client proves that the loss, damage, delay or expense was caused by the negligence, gross negligence or willful default of the Surveyor/Consultant aforesaid, then, save where loss, damage, delay or expense has resulted from the Surveyor's/Consultant's personal act or omission committed with the intent to cause same or recklessly and with knowledge that such loss, damage, delay or expense would probably result, the Surveyor's/Consultant's liability for each incident or series of incidents giving rise to a claim or claims shall never exceed a sum calculated on the basis of ten times the Surveyor's/Consultant's charges.***

Able-Bodied Marine Inc.

*Adam M. Hammer*

Adam M. Hammer, President
AMS 912, Society of Accredited Marine Surveyors

Attachments:
MB 2011 ABS Stability Letter / Confirm lightship; 3 pages
CDB1 ABS Stability Letter / Confirm lightship; 5 pages
MB 149 Glowacki Engineering letter confirm lightship; 1 page
CDB1 November 2025 purchase agreement; 1 page
MB 2011 / St. John Shipbuilding sales price to Mobro Marine; 1 page

**120' x 45' x 7'**
**Inland Spud Barge**

The *MB 149* is an inland spud barge built in 2015 by Newcastle Shipyards, LLC located at 195 Comfort Rd Palatka, FL 32177. The barge has a raked bow and a square or boxed stern. There are 2 each 6" x 1" flat bar rub rail that extends the length of the port and starboard sides at the 2.5 and 5.5 draft marks. There are a total of 18 transverse frames starting at the headlog being 0 on 80" centers. Three transverse bulkheads and two longitudinal bulkheads divide the barge. These bulkheads create three watertight bow rake compartments, three watertight stern transom compartments, and six mid-body watertight compartments.

**Plate and Bulkhead Thickness:**
Deck, Bottom and Side Shell Plating = 3/8"
Headlog and Transom Plate = 3/8"
Transverse and Longitudinal Bulkheads = 3/8"

**Bow Rake Frames:**
TLs = 5" x 3" x 3/8" angle on 20" centers
BLs = 5" x 3" x 3/8" angle on 20" centers
SLs = 5" x 3" x 3/8" angle on 18" centers
HVS = 10" x 15.3# Channel
HTS = 5" x 3" x 3/8" angle
4 each longitudinal diagonals = 3" x 3" x 3/8"
2 each transverse frames on 6ft 8in centers

**Mid-body supports consist of:**
8 each TLs = 5" x 3" x 3/8" angle on 20" centers
8 each BLs = 5" x 3" x 3/8" angle on 20" centers
4 each SLs = 5" x 3" x 3/8" angle on 18" centers
5 each transverse frames on 6 ft 8 in centers

**Transverse frames in the port and starboard compartments are constructed out of the following:**
Top Chord: 12" x 20.7# channel
Outboard Vertical: 10" x 15.3# channel
Bottom Chord: 10" x 15.3# channel
Diagonal #1 & 2: 3" x 3" x 3/8" angle
Vertical #2 & 3: 4" x 4" x 3/8" angle

**Centerline compartments:**
Longitudinal bulkheads have 3 each 4" x 3" x 3/8" angle stiffeners
Transverse frames are constructed out of the following:
Top Chord: 12" x 20.7# channel
Outboard Verticals: 4" x 3" x 3/8"
Bottom Chord: 10" x 15.3# channel
Diagonal #1 & 2: 3" x 3" x 3/8" angle
Vertical #2 & 3: 4" x 4" x 3/8" angle

Access to all compartments is by an 18" diameter manhole that sits flush with the deck and is secured by a single bolt to a strong back.

**Note: All manhole covers are in good condition, including gaskets, and are considered to be in working order unless otherwise stated.**

**Deck fittings consist of:**

1. One pair of 8" diameter double bitts at each corner of the hull
2. 2 ea 34,500lb concrete ballast blocks on plywood on the bow deck plate.
3. 3 each 36" kevel on the port and starboard sides
4. 1 each 36" kevel on stern centerline
5. The barge is equipped with two round 22" inner diameter, 30" tall spud wells on doublers with 6" flat bar collars supported with 3/8" thick flg plate vertical stiffeners, 22" box sheaves inserted into the midship stiffeners.
    a. 2 each spud pins (2.5" x 40")
    b. Padeye forward of the forward spudwell and aft of the after spudwell
    c. Aft spudwell set down L from 270-0 degrees when looking forward and VL from 0-90 degrees
6. 5 each tires on port side secured with tire hanger and shackle to padeyes
    a. Port #1 padeye rolled L
    b. Port #2 padeye rolled L
    c. Port #3-5 padeye rolled M
7. 5 each tires on stbd side secured with tire hanger and shackle to padeyes
    a. Stbd #2-4 padeyes rolled M
    b. Stbd #5 padeye rolled L
8. 2 each tires on the stern secured with tire hanger and shackle to padeyes
    a. Both padeyes are rolled L
9. Solar marker lights with protective cage at the Port / Stbd Bow/Midships/Stern
    a. Port Bow cage tripped VL inboard
    b. Stbd Stern cage tripped VL
    c. Port midbody cage tripped inboard VL-L
10. 12 each 12ft long x 5ft wide x 1' thick hardwood matts on stern deck plate
11. 2 each 30' x 5' x 1' hardwood crane matts running longitudinally on the midbody
12. 1 each Kobelco CK1100G-2 Crane resting on the matts
13. 2 each Crane track stops forward of the matts and 2 each crane track stops aft of the matts
    a. Port aft kicker tripped L in the lower 6"
14. Crane Boom Rest on CL Bow
15. 2 each 20" dia Spuds, 1 each 81' long, 1 each 82' long with lifting collar, shackles and slings.

# INSPECTION

This survey was conducted at Mobro Marine's facility in daylight conditions with the barge lying afloat and out of the water on dry dock. All of the manhole covers were open and an internal and external inspection was conducted on all compartments.

**In attendance:** Mr. Stephen Moody, MOBRO Marine

**KEY**

| | | |
|---|---|---|
| **Very lightly(VL) = less than ½"** | **IWO = in way of** | **BL = bottom long** |
| **Light set(L) = 0-1.5"** | **OBV = outboard vertical** | **TL= top long** |
| **Moderate set(M) = 1.5"-3"** | **SSL = starboard side long** | **TC = top chord** |
| **Heavy set(H) = 3"+** | **PSL = port side long** | **BC = bottom chord** |
| **BW = Broken Weld** | **HTS = Headlog transverse stiff** | **HVS = Headlog vertical stiff** |
| **IBV = inboard vertical** | **STS = Sternlog transverse stiff** | **SVS = Sternlog vertical stiff** |

**Estimated level of diminution based on visual inspection**

| | |
|---|---|
| **Very Light or minor surface** | **Less than 5% diminution from original thickness** |
| **Light** | **Between 5-15% diminution from original thickness** |
| **Moderate** | **Between 15-25% diminution from original thickness** |
| **Heavy** | **Greater than 25% diminution from original thickness** |

# INTERNAL:

**Port Bow Rake Compartment:**

1. NO water, mud, or aggregate throughout the compartment
2. Paint coatings in excellent conditions, No corrosion No scale
3. Bay #1: Fwd upper side shell is set in L just aft of bow knuckle below PSL #1 in a 2ft deep x 1.5ft long area.
4. Bay #1: VL 3" diameter side shell set above PSL #2 mid bay
5. Bay #1: VL 2" diameter deck knuckle set just fwd of HVS #3.
6. Bay #1: Headlog plate set in L in a 6" x 6" area just forward of HVS #8 below HTS #1
7. Bay #1-3: Deck plate set down VL between TL #4-5
8. Bay #2: Port side shell set in VL in a 8" tall x 10" wide area between PSL #3-4

The remainder of the compartment is free of apparent significant damage.

**Center Bow Rake Compartment:**

1. No water, mud, scale or aggregate throughout the compartment
2. Paint coatings in excellent conditions, No corrosion No scale
3. Bay #1: Headlog set in VL below HTS just inboard of the port long bhd
4. Bay #1: Headlog / deck knuckle set in VL between HVS #2-3 above HTS
5. Bay #1: Headlog set in VL below HTS IWO HVS #8
6. Bay #2: Deck plate is set down VL in a 12" sq area between TL #8 and starboard longitudinal bulkhead, just forward of TC #2.

The remainder of the compartment is free of apparent significant damage.

**Starboard Bow Rake Compartment:**

1. 1" of water in bays 2 an 3, No mud or aggregate throughout the compartment
2. Paint coatings are in excellent conditions, No corrosion No scale
3. Bay #1: Headlog set in VL below HTS #1 from stbd long bhd to HVS #3
4. Bay #1: Headlog deck knuckle set in L in a 6" x 6" area between the stbd long bhd and HVS #1
5. Bay #1: Rake plate is set up L in an 18" x18" area just aft of the headlog between stbd longitudinal bulkhead and BL#1
6. Bay #1: Headlog set in VL below HTS between HVS #3-4 in a 6" dia
7. Bay #1: Headlog is set in VL between HVS 4-5 in 8" sq area.
8. Bay #1: Headlog set in VL below HTS between HVS #7-8 in a 6" dia
9. Bay #1: Upper 6" of the knuckle plate between the headlog and side shell plating is set in VL
10. Bay #1: Headlog set in VL above HTS #1 from HVS #7-side shell
11. Bay #1: Lower headlog plate is set in VL in a 16" w x 2" d area between HVS 6 and 7.
12. Bay #1: Bilge knuckle set in VL in 2 each areas just forward of weld seam midbay
13. Bay #3: Side shell set in VL outboard of OBV #2 just below the deck knuckle
14. Bay #3: side shell set in VL above SSL #2 setting in SSL #2 VL

The remainder of the compartment is free of apparent significant damage.

**Port Compartment #1:**

1. No water, mud or aggregate throughout the compartment
2. Epoxy Paint coatings are in good serviceable condition, No corrosion No scale
3. Bay #4: Deck plate set down VL in 1 each 4" dia areas between TL #6-7 and 7-8
4. Bay #5 and 6: Deck plate is set down L from multiple spud tip impacts between TLs #6-7 starting at TC #4 and continuing aft to the after bulkhead

The remainder of the compartment is free of apparent significant damage.

**Center Compartment #1:**
1. NO water, mud or aggregate throughout the compartment
2. Paint coatings in excellent conditions, No corrosion No scale

The compartment is free of apparent significant damage.

**Starboard Compartment #1:**
1. No water, mud or aggregate throughout the compartment
2. Epoxy Paint coatings are in good serviceable condition, No corrosion No scale
   a. Paint coatings are failing IWO bottom plate in local areas scattered over the compartment
3. Bay #1: Side shell set in VL-L between SSL #2-3 midbay in a 6" long x 14" tall area
4. Bay #3: Bottom plate is set up L between BL #4 - #6 just aft of BC #2 in a 3ft long x 4ft wide area.
5. Bay #4: Bilge knuckle plate is set in L aft of OBV #3 in a 2ft x 2ft area.

The remainder of the compartment is free of apparent significant damage.

**Port Compartment #2:**
1. NO water, mud or aggregate throughout the compartment
2. Epoxy Paint coatings are in good serviceable condition, No corrosion No scale
3. Bay #1: Side shell set in VL below deck knuckle in a 2" x 3" area
4. Bay #3: Deck knuckle set in VL 5" sq area fwd of TC #3
5. Truss #3: weld broken IWO TL #8 and TC
6. Bay #4: Deck plate is set down VL between TL 5-6 in a 6" area.
7. Truss #5: weld broken IWO TL #8 and TC
8. Bay #5: There are 3ea 6" dia VL impacts to the deck knuckle in forward 30"s of the bay.

The compartment is free of apparent significant damage.

**Center Compartment #2:**
1. Trace amounts of water, No mud or aggregate throughout the compartment
2. Epoxy Paint coatings are in good serviceable condition, No corrosion No scale
3. Truss #1: weld broken IWO TL #1 and TC
4. Bay #2: Deck plate set down VL between TL #2-3, 2' aft of TC #1
5. Truss #3/4: weld broken IWO TL #1,8 and TC
6. Bay #4: TL #8 set down VL
7. Bay #6: TL #1 set down VL IWO TC #5 & partially broken weld

The compartment is free of apparent significant damage.

**Starboard Compartment #2:**
1. No water, mud or aggregate throughout the compartment
2. Epoxy Paint coatings are in good serviceable condition, No corrosion No scale
3. Bay #1: Side shell set in VL just aft of fwd bhd and below SSL #1 in a 4" sq area
4. Bay #1: Deck plate set down VL between TL #6-7
5. Bay #2: Side shell set in VL just below deck knuckle in a6" sq area just fwd of TC #2
6. Bay #4: Deck plate set down VL between TL #5-6 in the forward ½ of the bay
7. Truss #4: weld broken IWO TL #1 and TC
8. Bay #5: Deck plate set down VL between TL #5-6, 7-8
9. Bay #5: Deck knuckle/side shell set in VL midbay in an 8" dia
10. Bay #6: Deck plate set down VL between TL #4-8

The compartment is free of apparent significant damage.

**Port Stern Transom Compartment:**
1. NO water, mud or aggregate throughout the compartment
2. Epoxy Paint coatings are in good serviceable condition, No corrosion No scale
3. Bay #1: Side shell set in VL between SSL #1-2 in a 6" diameter
4. Bay #2: Deck plate set down VL between TL #3-4 midbay in a 10" dia and a 4" dia
5. Bay #3: Deck plate set down L in an 8" dia between TL #4-5 16" aft of TC #2
6. Bay #3: Transom plate set in VL in a 10" dia just below STS #1 outboard of SVS #1
7. Bay #3: Sharp 3" L impact into the stern deck knuckle between SVS 1 and 2
8. Bay #3: Transom plate set in VL-L in a 1 sq ft area aft of SVS #4 above STS #1
9. Bay #3: Upper 8" of corner knuckle set in VL

The remainder of the compartment is free of apparent significant damage.

**Center Stern Transom Compartment:**
1. Trace water bay #1, No mud or aggregate throughout the compartment
2. Paint coatings are in good serviceable condition(failing in the lower 6"), VL corrosion IWO manhole, No scale
3. Bay #3: Stern transom deck knuckle is set in L for 12"s IWO SVS #2

The compartment is free of apparent significant damage.

**Starboard Stern Transom Compartment:**
1. No water, mud or aggregate throughout the compartment
2. Epoxy Paint coatings are in good serviceable condition, No corrosion No scale
3. Bay #1: Deck plate set down L between TL #3-8 in multiple impacts between TLs
4. Bay #2: Deck plate set down VL-L between TL #3-7 not setting down TLs
5. Bay #2: Deck knuckle set in VL in a 6" long area just aft of TC #1
6. Bay #3: Deck plate set down L in a 12" dia area between TL #6-7 just aft of TC #2
7. Bay #3: 4" L set in the knuckle plate above SB #2.
8. Bay #3: Stern deck knuckle is set down L between SVS #1 and Stbd long bulkhead in a 2ft x x 1.5ft deep area.

The remainder of the compartment is free of apparent significant damage.

## EXTERNAL SHELL PLATING PICTURES

Starboard side shell viewed from the stern looking forward to the bow




Starboard side shell viewed from kevel #3 looking aft to stern knuckle



Starboard side shell viewed from kevel #3 looking forward to kevel #2




Starboard side shell from kevel #2 looking forward to kevel #1



Starboard side shell viewed from kevel #1 looking forward to bow headlog




Stbd bow side shell and rake plate viewed from starboard looking to port



Bow headlog and rake plate




Bow headlog and rake plate viewed from port looking to starboard



Port side shell viewed from the headlog looking aft to kevel #1




Port side shell viewed from kevel #1 looking aft to kevel #2



Port side shell viewed from port kevel #2 looking aft to port spudwell #2




Port side shell viewed from kevel #3 looking forward



Port side shell viewed from kevel #3 looking aft to the transom




Transom plate viewed from starboard looking to port



Bottom plate viewed from port stern knuckle looking to starboard




Bottom plate viewed from port #2 spudwell looking to starboard



Bottom plate viewed from port midships looking to starboard




Port bottom plate viewed from port #1 spudwell looking to starboard and aft



Bow bottom plate viewed from #1 transverse WTB looking from port to starboard and forward




Port bow deck plate area viewed looking forward



Deck Plate viewed from port bow double bitts looking aft and inboard




Bow deck plate viewed from port corner looking to starboard.



Bow CL deck plate viewed looking aft




Starboard bow deck plate viewed looking aft and inboard



Starboard bow deck plate viewed looking forward




Deck plate viewed from starboard bow double bitts looking to port



Deck plate viewed from port kevel #2 looking fwd




Deck plate viewed on CL between #2 kevels looking fwd



Deck plate viewed from starboard kevel #2 looking fwd and inboard




Deck plate viewed from the port stern looking forward



Deck plate viewed from port stern double bitts looking to stbd




Deck plate viewed from the stern on CL looking forward



Deck plate viewed from starboard stern double bitts looking to port




Deck plate viewed from the stbd stern looking forward



Forward spudwell looking outboard




Spud in forward spudwell



Aft spudwell looking outboard




Aft spud in spudwell



Crane




Ballast blocks



Electronically published by ABS Houston, TX.
Reference WO0530261, dated 10-Mar-2026



ABS™

## STABILITY LETTER

10 March 2026

Person in Charge, "MB 2011" O.N.: 1363015
*St. Johns Shipbuilding, Hull: 195*
180' x 54' x 12'
Unmanned Cargo Deck Barge [I]

You are responsible for maintaining this vessel in a satisfactory stability condition at all times and for following the instructions and precautions listed below. All log entries required by 46 CFR 97.15-5 and 46 CFR 97.15-7 shall be made prior to getting underway for each voyage.

A deadweight survey, witnessed by the American Bureau of Shipping (ABS) on behalf of the U.S. Coast Guard, was conducted on the "MB 2011", ON: 1363015, at St. Johns Shipbuilding, in Palakta, Florida, on 10 February 2026. On the basis of that survey and a conservatively estimated VCG, stability calculations have been performed. Results indicate that the stability of the vessel, as presently outfitted and equipped, is satisfactory for operation on Exposed Waters, provided that the following restrictions are observed.

### OPERATING RESTRICTIONS

1. ROUTE: Unmanned operations on Exposed Waters are permitted.

2. FREEBOARD AND DRAFT: The vessel's molded draft shall not exceed 9 feet 6-7/16 inches (9 feet 6-13/16 inches Extreme). This corresponds to a minimum freeboard of 2 feet 2-9/16 inches measured from the upper edge of the deck line. The upper edge of deck line from which the center of the Ring is measured is located 3-1/2" below the top of steel main deck at side. Amidships is located 0'-3-5/8" Forward of Frame 14. Trim and heel shall be minimized.

3. WEIGHT CHANGES: This stability letter has been issued based on the following lightship parameters:

| | | |
|---|---|---|
| Weight: | 420.08 | Long Tons |
| VCG: | 7.20 | Feet Above Baseline* |
| LCG: | 90.16 | Feet Aft of Frame 0 |
| TCG: | 0.81 | Feet Starboard of Centerline |

The VCG has been conservatively estimated at 60% of the molded depth. The vessel is not fitted with permanent ballast. Any alteration resulting in a change in these parameters will invalidate this stability letter. No fixed ballast or other such weights shall be added, removed, and/or relocated without prior authorization and supervision of the cognizant OCMI or ABS.

Electronically published by ABS Houston, TX.
Reference WO0530261, dated 10-Mar-2026



4. DECK CARGO:

   a. Deck cargo shall be loaded in accordance with the attached "Loading Table" bearing the ABS stamp dated 10 March 2026.
   b. The spuds are not part of the lightship and shall be considered deck cargo.
   c. The height of the cargo above the deck shall not exceed two times the maximum cargo VCG above deck.
   d. Cargo must be positively secured against shifting prior to leaving protected waters.

5. HULL OPENINGS: Any openings that could allow water to enter into the hull should be kept closed at all times when underway.

6. BILGES AND VOIDS: The vessel's bilges and voids shall be kept pumped to a minimum content at all times, consistent with pollution prevention requirements.

7. LIST: Every effort shall be made to determine the cause of any list of the vessel before corrective action is taken.

8. WATERTIGHT BULKHEADS: No watertight bulkheads may be removed or altered without the authorization and supervision of the cognizant OCMI or ABS.

9. LIFTING: Lifting operations are not permitted.

This stability letter, along with the Load Line Certificate, shall be maintained in a suitable location onboard the vessel.

Very truly yours,

Leile Froufe
Vice President of Engineering

Electronically Signed by: Sharat Reddy

Attachments:

a) MB 2011 Hull 195 Loading Table bearing the ABS stamp dated 10 March 2026

Electronically published by ABS Houston, TX.
Reference [illegible]261 dated 10 Mar [illegible]

This approval covers only ABS requirements and does not include items not required by ABS. Details of this approval are set forth in the ABS letter.

ABS

APPROVED by ABS on behalf of the USCG for compliance with applicable USCG Regulations subject to any amendments or comments in ABS letter

ABS

USCG approval applies only to specified vessel(s)

**barge "MB 2011"**

St. Johns Ship Builders, Inc Hull #195

**LOADING TABLE in Salt Water**

| Molded Draft (ft) | Max Allowable Cargo VCG above Deck (ft) | Max Allowable Cargo Height above Deck (ft) | Cargo Weight (LT) | Cargo Weight (ST) |
|---|---|---|---|---|
| 2.00 | 55.0 | 110 | 91.93 | 102.96 |
| 2.5 | 53.0 | 106 | 221.63 | 248.23 |
| 3.0 | 50.5 | 101 | 351.99 | 394.23 |
| 3.5 | 47.0 | 94 | 482.99 | 540.95 |
| 4.0 | 43.0 | 86 | 614.64 | 688.4 |
| 4.5 | 38.5 | 77 | 746.94 | 836.57 |
| 5.0 | 35.0 | 70 | 879.9 | 985.49 |
| 5.5 | 31.5 | 63 | 1013.5 | 1135.12 |
| 6.0 | 29.0 | 58 | 1147.76 | 1285.49 |
| 6.5 | 26.5 | 53 | 1282.66 | 1436.58 |
| 7.0 | 24.0 | 48 | 1418.22 | 1588.41 |
| 7.5 | 19.5 | 39 | 1554.42 | 1740.95 |
| 8.0 | 14.5 | 29 | 1691.28 | 1894.23 |
| 8.5 | 10.5 | 21 | 1828.79 | 2048.24 |
| 9.0 | 6.5 | 13 | 1966.94 | 2202.97 |
| 9.54 (LL) | 3.0 | 6 | 2116.5 | 2370.48 |

Electronically published by ABS Houston, TX.
Reference WO0347231, dated 15-Aug-2025



**Work Order – WO0347231**
**"CDB1", Class No. YY292312**
**St. Johns Shipbuilding,**
**Hull No.: 186**
**Flag: United States of America**

Attention: Edmund Glowacki, Glowacki Engineering (WCN: 441254)

The document shown in the attached list is reviewed in accordance with the applicable requirements of the following:

- ABS Rules for Building and Classing Steel Barges, 2024
- Navigation and Vessel Inspection Circulars (NVIC) 3-97
- IMO Intact Stability Code 2008, 2020 Edition (Part B – Section 2.2.4)
- 46 CFR Subchapter S (174.015, 170.170, 170.120)
- International Convention on Load Lines, 1966, as amended

Please note our review is based on the following conditions:

1. The vessel is receiving a load line for the first time.
2. This review was performed in association with a maximum molded draft to the summer load line of 5'-10-3/4" (5'-11-1/4" extreme), this corresponds with a "Type B-25% Reduced" vessel freeboard of 1'-7-1/4" measured from the deck line located 6-1/2" below the top of steel main deck at side, pursuant to Regulation 10 of the International Convention on Load Lines, 1966, as amended, for unmanned operations.
3. The vessel is to be loaded in accordance with the operating restrictions contained in the enclosed stability letter dated 15 August 2025. It is the Owner's responsibility to ensure that a copy of the stability letter, along with the Load Line Certificate, is maintained in a suitable location onboard the subject vessel for the guidance of the Person-in-Charge.
4. ABS is not responsible for the operation of the vessel. It is the Owner's responsibility to provide training, supervision, and guidance to ensure that the vessel is operated within the limits of Classification and the applicable Regulations.
5. The following statement will be placed on the face of the load line certificate:

   "This certificate is valid so long as the operating restrictions in the vessel's stability letter, issued by ABS and dated 15 August 2025 are observed. This certificate is valid for unmanned operations only."

Electronically published by ABS Houston, TX.
Reference WO0347231, dated 15-Aug-2025



For any clarifications, contact Alanna James at (aljames@eagle.org).

Very truly yours,

Leile Froufe
Vice President of Engineering

Electronically Signed by: Sharat Reddy

Documents List

| Drawing No. | Rev. No. | Title | Status |
|---|---|---|---|
| 2401 T-1 | - | ST JOHNS SHIP BUILDING (SJSB) Hull #186, “CDB1” INTACT STABILITY CALCULATIONS | Reviewed/Examined on Behalf of USCG |

Electronic copies of the documents, appropriately stamped, are available in the ABS MyFreedom™ Client Portal.

W/ Enclosure: ABS Stability Letter for “CDB1”, O.N. 1357643 dated 15 August 2025

Electronically published by ABS Houston, TX.
Reference WO0347231, dated 15-Aug-2025



ABS

## STABILITY LETTER

15 August 2025

Person-in-Charge, "CDB1", O.N.: 1357643
St. Johns Shipbuilding, Hull: 186
150' x 60' x 8'
Unmanned Cargo Deck Barge [I]

You are responsible for maintaining this vessel in a satisfactory stability condition at all times and for following the instructions and precautions listed below. All log entries required by 46 CFR 97.35 shall be made prior to getting underway for each voyage.

A deadweight survey, witnessed by the American Bureau of Shipping (ABS) on behalf of the U.S. Coast Guard was conducted on "CDB1", O.N. 1357643, at St. John's Ship Building, Palatka, FL on 07 July 2025. On the basis of that survey and a conservatively estimated VCG, stability calculations have been performed. Results indicate that the stability of the vessel "CDB1", O.N. 1357643, as presently outfitted and equipped, is satisfactory for operation on Exposed Waters, provided that the following restrictions are strictly observed.

## OPERATING RESTRICTIONS

1. ROUTE: Unmanned operations on Exposed Waters are permitted.

2. FREEBOARD AND DRAFT: A freeboard of at least 1 foot and 7-1/4 inches, measured from the upper edge of the deck line located 6-½ inches below the top of the steel main deck at side at amidships, must be maintained. Amidships located 4 inches forward of Frame 12. This corresponds to a maximum molded draft of 5 feet and 10-3/4 inches (5 feet and 11-1/4 inches extreme). Trim and heel shall be minimized.

3. WEIGHT CHANGES: This stability letter has been issued based upon the following lightship characteristics:

| | | |
|---|---|---|
| Weight: | 368.39 | Long Tons |
| VCG: | 4.80 | Feet Above Baseline |
| LCG: | 75.58 | Feet Aft of Frame 0 |
| TCG: | 0.03 | Feet Starboard of Centerline |

*VCG is conservatively estimated at 60% of the vessel's molded depth.

Any alteration resulting in a change in these parameters will invalidate this stability letter. No fixed ballast or other such weights may be added, removed, altered, and or relocated without prior authorization and supervision of the cognizant Officer in Charge, Marine Inspection (OCMI) or ABS. The vessel is not fitted with permanent ballast.

Electronically published by ABS Houston, TX.
Reference WO0347231, dated 15-Aug-2025



4. DECK CARGO:

   a. Deck cargo shall be loaded in accordance with the attached loading table bearing the ABS stamp dated 15 August 2025.
   b. The height of the cargo above the deck shall not exceed two times the maximum cargo VCG above deck.
   c. Cargo must be positively secured against shifting prior to leaving protected waters.

5. HULL OPENINGS: Any openings that could allow water to enter into the hull should be kept closed at all times when underway.

6. WATERTIGHT BULKHEADS: No watertight bulkheads may be removed or altered without the authorization and supervision of the cognizant Officer in Charge, Marine Inspection (OCMI) or ABS.

7. BILGES & VOIDS: The vessel's bilges and voids shall be kept pumped to minimum content at all times consistent with pollution prevention requirements.

8. LIST: You should make every effort to determine the cause of any list of the vessel before taking corrective action.

9. LIFTING: Lifting operations in accordance with 46 CFR, Part 173, Subpart B have not been evaluated.

This stability letter, along with the Load Line Certificate, shall be maintained in a suitable location onboard the vessel.

Very truly yours,

Leile Froufe
Vice President of Engineering

Electronically Signed by: Sharat Reddy

Attachment:

1) CDB1 Hull 186 LOADING TABLE bearing the ABS stamp dated 15 August 2025

Electronically published by ABS Houston, TX.
Reference WO0347231, dated 15-Aug-2025

**APPROVED**
This approval covers only ABS requirements and does not include items not required by ABS. Details of this approval are set forth in the ABS letter.
ABS

**APPROVED**
by ABS on behalf of the USCG for compliance with applicable USCG Regulations subject to any amendments or comments in ABS letter
ABS
USCG approval applies only to specified vessel(s)

**barge "CDB1"**
SJSB Hull #186 O.N. 1357643

2401 T-1, REV -
SHT 17 OF 17

## LOADING TABLE

| Molded Draft (ft) | Max Allowable Cargo VCG above Deck (ft) | Max Allowable Cargo Height above Deck (ft) | Deadweight (LT) | Deadweight (ST) |
|---|---|---|---|---|
| 2.00 | 59.5 | 119 | 99.99 | 111.99 |
| 2.50 | 56.0 | 112 | 219.89 | 246.28 |
| 3.00 | 51.0 | 102 | 340.84 | 381.74 |
| 3.50 | 46.0 | 92 | 462.86 | 518.40 |
| 4.00 | 42.0 | 84 | 585.93 | 656.24 |
| 4.50 | 38.5 | 77 | 710.07 | 795.28 |
| 5.00 | 34.0 | 68 | 835.26 | 935.49 |
| 5.50 | 29.5 | 59 | 961.51 | 1076.89 |
| 5.9 (LL) | 22.0 | 44 | 1063.28 | 1190.87 |

GLOWACKI ENGINEERING
NAVAL ARCHITECTS AND MARINE ENGINEERS

Mobro Marine, Inc.
Green Cove Springs, Florida 32043

1 September 2026

Attn: Stephen Moody

Subject: MB 149

Reference: GE report 1603 T-1, Rev-.

Dear Stephen,

We believe the total weight of the barge "MB 149" to be 419,600# (187.32 LT). This total weight includes the vessel's light ship weight and that of a spud winch which was on board at the time that freeboard readings were taken at your yard on 21 January 2016.

Very truly yours,
GLOWACKI ENGINEERING

Edmund Glowacki, P.E.
Naval Architect

1835 East West Parkway, Suite 10 – Fleming Island, Florida 32003 – USA
Phone (904) 278-8870 Fax (904) 278-8826

# VESSEL PURCHASE AND SALE AGREEMENT

This Vessel Purchase and Sale Agreement (the "Agreement") is made and entered into as of the 20th day of November, 2025 (the "Effective Date"), even if signed on a different date, by and between CDB1 LLC, a Delaware limited liability company (the "Seller") [redacted] (the "Buyer"). Throughout this Agreement, Seller and Buyer may be individually referred to as a "Party" or collectively as the "Parties."

## RECITALS

WHEREAS, Buyer desires to purchase and acquire the barge owned by the Seller as more particularly described herein, all subject to and upon the terms and conditions set forth herein.

WHEREAS, Seller desires to sell, transfer, convey, and deliver all right, title and interest in the barge upon the terms and conditions set forth herein.

NOW THEREFORE, in consideration of the mutual promises of the Parties contained hereinbelow, and for other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the Parties agree as follows:

## AGREEMENT

1. The Vessel Being Sold. Seller agrees to sell, and Buyer agrees to purchase that certain barge known as CDB1 (Official Number: 1357643) (the "Vessel").

2. Purchase Price; Taxes.

(A) Purchase Price. The purchase price for the Vessel shall be $2,100,000.00. plus the cost of 2 – 60-foot spuds (the "Accessories") in the amount of $140,000.00. The total purchase price for the Vessel and the Accessories is $2,240,000.00 (the "Vessel Purchase Price").

(B) Taxes. It is not anticipated that there will be any ad valorem, sales or transfer taxes due. However, any taxes, including sales, use and transfer taxes imposed by any county, parish, state, or local authority on the sale of the Vessel shall be paid directly by Buyer to the appropriate taxing authority. Any ad valorem, property, or similar taxes assessed against the Vessel for any period on or prior to the Closing Date will be the responsibility of Seller and any ad valorem, property, and similar taxes for any period after the Closing Date will be the responsibility of Buyer.

3. Closing; Closing Date. Subject to the terms and conditions of this Agreement, the consummation of the transactions contemplated by this Agreement shall take place at a closing (the "Closing") no later than 11:59 p.m. Central Standard Time on November 20, 2025, or at such other time or on such other date as Seller and Buyer may mutually agree in writing. The date on which the Closing is to occur is herein referred to as the "Closing Date". Unless otherwise agreed to in writing by the Parties, the Closing shall take place through the exchange of copies of the duly executed closing documents identified in Section 5 below by scanned electronic mail with the subsequent exchange of original executed counterparts as soon as practicable after the Closing. The Vessel Purchase Price will be paid in full to Seller via wire transfer at the Closing by the Buyer.

ABS Barge
60x150x8

ST JOHNS SHIPBUILDING

## EXHIBIT D – PAYMENT SCHEDULE

| | | |
|---|---|---|
| Full Contract Value (Vessel 1 and 2 | $ | |
| Vessel 1 Contract Value minus 10% Contract Signing | $ | 2,285,000 |
| Vessel 2 Contract Value minus 10% Contract Signing | $ | |

| Draw | Milestone | Contract % | $ Amount | Date |
|---|---|---|---|---|
| Main | Contract Signing (for both Vessel 1 and 2) | | | 10/3/2024 |

| Barge 1 | | | | Estimated Date |
|---|---|---|---|---|
| Barge 1 | ABS Approval of Design | $ | 228,500 ✓ | 11/1/2024 ← 148,500 5/01/05 / 80,000 5/01/05 |
| Barge 1 | Steel Material Place P.O. | $ | | 11/6/2024 |
| Barge 1 | Start of Nested Cutting | $ | | 12/9/2024 |
| Barge 1 | Weldout Bottom Plate Seams | $ | | 12/20/2024 |
| Barge 1 | 50% of Water Tight Bulkheads Erected | $ | | 1/13/2025 |
| Barge 1 | 50% of Main Deck Seams Welded | $ | | 1/31/2025 |
| Barge 1 | Start Exterior Surface Preparation | $ | | 2/24/2025 |
| Barge 1 | Launch | $ | | 3/26/2025 |
| Barge 1 | Delivery | $ | | 4/4/2024 |
| | *Vessel 1 total minus contract signir* | $ | | |

| Barge 2 | | | | |
|---|---|---|---|---|
| Barge 2 | Steel Material Place P.O. | $ | | 2/6/2025 |
| Barge 2 | Start of Nested Cutting | $ | | 3/5/2025 |
| Barge 2 | Weldout Bottom Plate Seams | $ | | 3/24/2025 |
| Barge 2 | 50% of Water Tight Bulkheads Erected | $ | | 4/10/2025 |
| Barge 2 | 50% of Main Deck Seams Welded | $ | | 4/30/2025 |
| Barge 2 | Start of Exterior Surface Preparation | $ | | 6/2/2025 |
| Barge 2 | Launch | $ | | 6/25/2025 |
| Barge 2 | Delivery | $ | | 7/3/2025 |
| | *Vessel 2 total minus contract signing* | $ | | |

BUILDER Initials JR OWNER Initials BTZ